# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| ESTATE ADMINISTRATIVE SERVICES, LLC, as Personal Representative of the Estate of LINDA MAY JOHNSON<br><br>Plaintiff,<br><br>V.<br><br>CITY AND COUNTY OF HONOLULU and DOE DEFENDANTS 1-25<br><br>Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 23-00127 LEK-RT<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>Jan 02, 2024, 4:06 pm<br>Lucy H. Carrillo, Clerk of Court |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "EO: Court Order Granting in Part and Denying in Part the City's Motion to Dismiss", ECF No. 23, filed on May 30, 2023, the "Order Granting in Part and Denying in Part Defendant's Motion to Dismiss Estate Administrative Services, LLC, as Personal Representative of the Estate of Linda May Johnson's First Amended Complaint, Filed on June 29, 2023 (Dkt. 24)", ECF No. 35, filed November 8, 2023, and the "Order Dismissing Case With Prejudice", ECF No. 39, filed December 18, 2023.

| | |
|---|---|
| January 2, 2024 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by EA |
| | (By) Deputy Clerk |